UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JAMES E. SCALES,** | ) |
|     **Plaintiff,** | ) |
| **v.** | ) No. 3:05-0553 |
| | ) JUDGE ECHOLS |
| **METROPOLITAN GOVERNMENT OF** | ) |
| **NASHVILLE AND DAVIDSON COUNTY,** | ) |
| **TENNESSEE,** | ) |
|     **Defendant.** | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion for Summary Judgment (Docket Entry No. 10) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED in that Plaintiff abandoned his claim under 42 U.S.C. § 1983, and that claim is hereby DISMISSED WITH PREJUDICE. The Motion is DENIED in all other respects.

(2) This case will proceed to final pretrial conference on **Monday, July 24, 2006, at 3:00 p.m.**, as previously scheduled.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE